**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
ERIKA RODRIGUEZ-ACURIO,

               Petitioner,

   - against -                              **JUDGMENT**
                                                CV 25-6065 (NJC)

JUDITH ALMODOVAR, KRISTI NOEM,
and PAMELA BONDI,

               Respondents.
--------------------------------------------------------X

      An Opinion and Order of Honorable Nusrat J. Choudhury, United States District Judge, having been filed on November 28, 2025; granting Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 as of November 10, 2025; noting Respondents confirmed that Petitioner was released from custody on November 10, 2025 in accordance with the Court's amended oral order granting the Petition and ordering Petitioner's release from the Elizabeth Contract Detention Facility in New Jersey; and enjoining Respondents, pending the issuance of any final removal order against Petitioner, from denying Petitioner bond in any subsequent proceeding on the basis that Petitioner must be detained pursuant to 8 U.S.C. § 1225(b), absent a change in relevant circumstances consistent with the November 28, 2025 Opinion and Order, it is

      **ORDERED AND ADJUDGED** that Petitioner Erika Rodirguez-Acurio's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is granted as of November 10, 2025; that on November 11, 2025, Respondents confirmed that Petitioner was released from custody on November 10, 2025 in accordance with the Court's amended oral order granting the Petition and ordering Petitioner's release from the Elizabeth Contract Detention Facility in New Jersey; that pending the issuance of any final removal order against Petitioner, Respondents are enjoined from denying Petitioner bond in any subsequent proceeding on the basis that Petitioner must be detained pursuant to 8 U.S.C. § 1225(b), absent a change in relevant circumstances consistent with the November 28, 2025 Opinion and Order; and that this case is closed.

Dated: December 1, 2025
      Central Islip, New York

                                            BRENNA B. MAHONEY
                                            CLERK OF COURT

                                  By:    /s / James J. Toritto
                                          Deputy Clerk